IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EDGARDO ENCISCO, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. _____ |
| vs. | ) | |
| | ) | |
| COEXPORT, INC., | ) | JURY TRIAL |
| and PAULO ARMAS, | ) | DEMANDED |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

COMES NOW EDGARDO ENCISCO, Plaintiff above, (hereafter "Plaintiff"), by and through the undersigned counsel, and for his Complaint shows the Court the following:

### INTRODUCTION

1.

Plaintiff worked as a warehouse helper and supervisor for Defendants from on or about September 1, 2008 through June 29, 2010.

2.

Plaintiff brings this action under the Fair Labor Standards Act, as amended, (hereinafter referred to as "FLSA") to recover (1) the overtime wage that was denied him and an additional amount as liquidated damages and (2) his costs of litigation, including his reasonable attorneys' fees.

## JURISDICTION AND VENUE

3.

This Court has subject matter jurisdiction over the present action under Article III, § 2 of the United States Constitution, FLSA §16(b), 29 U.S.C. §216(b), 28 U.S.C §§1331 and 1337, because this case arises under the FLSA, a federal statute that affects interstate commerce.

4.

This Court has supplemental jurisdiction over Plaintiff's state law claim set forth herein arising under Georgia law in accord with 28 U.S.C. §1367 because the state law claim is so related to the federal claim that it forms part of the same case or controversy.

5.

Venue properly lies in the Northern District of Georgia under 28 U.S.C. §1391 because Defendants are located in this judicial district, and all the events giving rise to the claims herein arose in this judicial district.

## THE PARTIES

6.

Plaintiff resides within Cobb County, Georgia.

7.

At all times material hereto, Plaintiff has been an "employee" as defined in the FLSA §3(e)(2)(c); 29 U.S.C. §203(e)(2)(c).

8.

At all times material hereto, Plaintiff has been an employee covered by the FLSA and entitled to the minimum wage and overtime protections set forth in FLSA §§6 and 7(c); 29 U.S.C. §§ 206, 207(c).

9.

Defendant Coexport, Inc. is a corporation organized under the laws of the State of Georgia.

10.

At all times material hereto, Coexport, Inc. has been an "employer" as defined in FLSA §3(d), 29 U.S.C. §203(d) and an "enterprise engaged in commerce" as defined in FLSA §3(s)(1)(C); 29 U.S.C. § 203(s)(1)(C).

11.

At all times material hereto, Defendant Coexport, Inc. has been an "employer" as defined in O.C.G.A. § 34-9-1.

12.

Defendant Coexport, Inc. is subject to the personal jurisdiction of this Court.

- 4 -

13.

Defendant Paulo Armas (hereafter "Armas") resides within Paulding County, Georgia.

14.

At all times material hereto, Armas has been an "employer" as defined in FLSA §3(d); 29 U.S.C. §203(d).

15.

Armas is subject to the personal jurisdiction of this Court.

16.

Armas may be served with process at 1690 Enterprise Way, Suite C, Marietta, Georgia 30067.

**COUNT I**      **FAILURE TO PAY PLAINTIFF OVERTIME IN VIOLATION OF THE FLSA**

17.

The allegations of Paragraphs 1 through 16 above are incorporated by reference, as if each were fully set out herein.

18.

During his employment with Defendants, Plaintiff regularly worked in excess of forty hours each week.

19

Defendants failed to compensate Plaintiff at one and one half times his regular rate for work in excess of forty hours in any week from September 1, 2008 through June 29, 2010.

20.

Defendants willfully failed to compensate Plaintiff at one and one half times his regular rate for work in excess of forty hours in any week from September 1, 2008 through June 29, 2010.

21.

As a result of underpayment of overtime as alleged above, Defendants are liable to Plaintiff in an amount to be determined at trial, in accordance with FLSA § 16(b); 29 U.S.C. §216(b).

22.

Plaintiff is entitled to liquidated damages in addition to the overtime compensation alleged above in accordance with FLSA §16 (b); 29 U.S.C. §216(b), because Defendants have willfully and repeatedly violated the FLSA.

23.

Plaintiff is entitled to recover his attorneys' fees and costs of litigation from Defendants in accordance with FLSA §16 (b); 29 U.S.C. §216(b).

## PRAYER FOR RELIEF

Plaintiff respectfully requests:

A.     That Plaintiff be awarded an amount to be determined at trial against Defendants jointly and severally in unpaid overtime compensation due under the FLSA, plus an additional like amount in liquidated damages due because of the Defendants' willful and repeated disregard for their obligations and Plaintiff's rights under the FLSA, plus prejudgment interest thereon, plus Plaintiff's reasonable attorneys fees and costs.

B.     That Plaintiff be awarded his reasonable attorney's fees and expenses of litigation.

C.     That Plaintiff be awarded such relief as is just, equitable and proper.

Respectfully submitted,

_/s/ Kevin D. Fitzpatrick, Jr._
Kevin D. Fitzpatrick, Jr.,
Ga. Bar No. 262375
3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
(404) 979-3150
(404) 979-3170 (f)
kevin.fitzpatrick@dcnblaw.com
Counsel for Plaintiffs

_/s/ Charles R. Bridgers_
Charles R. Bridgers
Ga. Bar No. 080791
3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
(404) 979-3150
(404) 979-3170 (f)
charlesbridgers@dcnblaw.com
Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EDGARDO ENCISCO, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. _____ |
| vs. | ) | |
| | ) | |
| COEXPORT, INC., | ) | JURY TRIAL |
| and PAULO ARMAS, | ) | DEMANDED |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF COUNSEL

Pursuant to N.D. Ga. R. 7.1, the undersigned counsel certifies that this pleading was prepared with Times New Roman (14 point), one of the fonts and point selections approved by the Court in N.D. Ga. R. 5.1 B.

This 7th day of July, 2010.

3100 Centennial Tower
101 Marietta Street, N.W.
Atlanta, Ga. 30303
Telephone: (404) 979-3150
Facsimile: (404) 979-3170
Kevin.Fitzpatrick@dcnblaw.com

Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375
Counsel for Plaintiff