IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **EDGARDO ENCISO,** | |
| Plaintiff, | |
| vs. | Civil Action Number: |
| **COEXPORT, INC., and PAULO ARMAS,** | 1:10-CV-2101-CAP |
| Defendants. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, and dismisses this action with prejudice based on Fed. R. Civ. P. 41(a)(1) and (a)(2) as the Defendant has not filed a responsive pleading and the Court has approved a settlement between the parties.

Pursuant to N.D. Ga. R. 7.1, the below signatory attorney certified that this pleading was prepared with times New Roman (14 point), one of the fonts and point selections approved by the Court in local N.D. Ga. R. 5.1 C.

This 27th day of August, 2010.

Respectfully submitted,
*/s/ Charles R. Bridgers*
Georgia Bar No: 080791
3100 Centennial Tower
101 Marietta Street, N. W.
Atlanta, GA 30303
(404) 979-3150
Fax (404) 979-3170

Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **EDGARDO ENCISCO,** | |
| **Plaintiff,** | |
| vs. | |
| **COEXPORT, INC., and PAULO ARMAS,** | **Civil Action Number:** 1:10-CV-2101-CAP |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

The above Dismissal with Prejudice has been served on all parties of record through filing with the ECF system and by providing a copy via electronic mail to

Paulo Armas
Coexport, Inc.
1690 Enterprise Way
Suite C
Marietta, GA 30067


This 27th day of August, 2010.

**Respectfully submitted,**
*/s/ Charles R. Bridgers*
Georgia Bar No: 080791
3100 Centennial Tower
101 Marietta Street, N. W.
Atlanta, GA 30303
(404) 979-3150
Fax (404) 979-3170

Counsel for Plaintiff